UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY D. DESROSIERS )<br>Plaintiff, )<br>)<br>V. )<br>)<br>CITY OF LOWELL, MA, )<br>POLICE DEPARTMENT )<br>Defendant. ) | Civil Action No. 04-11932-NG<br>**SEALED** |

### Motion to Impound the Plaintiff's Response to the Court's Show Cause Order

On October 5, 2004 this court allowed the plaintiff's motion to seal the record in this case due to the plaintiff's concerns that disclosure of plaintiff's medical condition could result in discrimination and ostracism. The plaintiff respectfully request that the material submitted on this date also be sealed under the previous allowance.

Respectfully Submitted by
/Plaintiff/

Rodney D. Desrosiers
34 Shurtleff St. #2
Chelsea, MA 02150
978-884-9832

Date: October 29, 2004

