UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 29 P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RODNEY D. DESROSIERS )<br>        Plaintiff, )<br>         )<br>V.                       )<br>         )<br>CITY OF LOWELL, MA, )<br>POLICE DEPARTMENT )<br>        Defendant. ) | Civil Action No. 04-11932-NG<br>**SEALED** |

## Plaintiff's Response to the Courts Order to Show Cause

Plaintiff files this response to the courts "Show Cause Order" which was issued on October 5, 2004. The courts order required that the plaintiff demonstrate that the administrative procedures specified in Title VII of the civil rights act of 1964 have been complied with and that the plaintiff has been issued a "right to sue" letter by the Equal Employment Opportunity Commission. The plaintiff provides the following additional information to the court at this time to show cause on why this civil action <u>should not</u> be dismissed.

1- On November 20, 2003 the Massachusetts Commission against Discrimination affirmed the lack of probable cause finding in this case and denied the Plaintiff's appeal. (Notification letter attached)

2- On December 3, 2003 the plaintiff requested a substantial weight review by the Equal Employment Opportunity Commission of the findings made by the Massachusetts Commission against Discrimination

3- On June 7, 2004 the Equal Employment Opportunity Commission adopted the findings of the Massachusetts Commission against Discrimination and issued the plaintiff a "<u>right to sue</u>" notice (copy of "<u>right to sue</u>" notice attached).

4- - The plaintiff timely filed this complaint with the court within the 90 days of receiving the "<u>right to sue</u>" notice from the Equal Employment Opportunity Commission.



EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Rodney Desrosiers
C/O Ellen Poster, Esq.)68 Comm
Erciall Wharf
Boston, MA 02110

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2000-02593 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Robert L. Sanders,
Director

JUN 7 - 2004

Enclosures(s)

(Date Mailed)

cc: C-LOWELL POLICE DEPARTMENT
50 Arcand Drive
Lowell, MA 01852