**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY D. DESROSIERS, <br> Plaintiff, <br> v. <br> CITY OF LOWELL, MA, <br> POLICE DEPARTMENT <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 04-11932-NG <br> ) <br> ) <br> ) <br> ) |

FURTHER ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

On October 5, 2004 this Court issued a Memorandum and Order requiring Plaintiff to demonstrate good cause why this action should not be dismissed without prejudice, for failure to allege that he has properly exhausted his administrative remedies or obtained a "right to sue" letter. In response to that Order, the Plaintiff submitted documentation on October 29, 2004, clarifying the prior uncertainties with respect to administrative exhaustion. It appears that Plaintiff in fact went through the appropriate administrative channels and did obtain a "right to sue" letter, on June 7, 2004. His complaint in this Court was filed timely thereafter.

Accordingly, the Plaintiff having shown good cause why this case should not be dismissed, and the Plaintiff's application to proceed without prepayment of fees having previously been Granted under 28 U.S.C. § 1915, it is FURTHER ORDERED:

> The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

Dated at Boston, Massachusetts, this 16 day of Nov, 2004.

/s/ Nancy Gertner
NANCY GERTNER
UNITED STATES DISTRICT JUDGE

DOCKETED

SEALED