UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


RODNEY D. DESROSIERS       )
        Plaintiff,       )
                           )
    V.                    )   Civil Action No. 04-11932-NG
                           )   **SEALED**
CITY OF LOWELL, MA,        )
POLICE DEPARTMENT          )
        Defendant.       )

SEALED

### Motion to Impound the Plaintiff's Request for Enlargement of Time

On October 5, 2004 this court allowed the plaintiff's motion to seal the record in this case. The plaintiff respectfully request that the motion for enlargement of time That is being submitted on this date also be impounded under the court's previous allowance.


Respectfully Submitted by
Plaintiff
(Pro Se)
Rodney D. Desrosiers
34 Shurtleff St. #2
Chelsea, MA 02150
978-884-9832


Date: December 29, 2004


