UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Rodney D. Desrosiers,
        Plaintiff

vs.

City of Lowell, MA.
Police Department
        Defendant

Civil Action Number

04-11932 NG
SEALED



Motion for Enlargement of Time

Plaintiff files this motion for enlargement of time under Fed. R. Civ. P. 6(b) stating that for good cause the service of process has not been able to be made on the defendant for the reasons outlined in the accompanying affidavit. The plaintiff respectfully request that this court extend the service of process on the defendant for an additional 45 days from the expiration of the 120 day time limit required under court rules.

Plaintiff,
Rodney D. Desrosiers (Pro se)

34 Shurtleff St. #2
Chelsea, MA 02150
978-884-9832

## **Affidavit of Rodney D. Desrosiers**

1. On September 3, 2004 I filed complaint number 04-11932-NG with this court.

2. On October 5, 2004 the court requested I "show cause" as to why the complaint should not be dismissed as I had failed to clarify in the complaint that I was in possession of a "right to sue letter" from the Equal Employment Opportunity Commission.

3. I was allowed by the court on October 5, 2004 to proceed without prepayment of fees.

4. I filed a response to the courts "show cause" order on October 29, 2004 demonstrating that I had satisfied the preconditions for bringing suit. .

5. On November 17, 2004 the court forwarded to me an official summons as well as a copy of form USM-285 (process receipt and return) and a return of service form.

6. I have not received from the court an "order directing the United States Marshal Service to serve each named defendant" and the box on the "order to proceed without prepayment of fees", which directs the United States Marshal Service to serve each named defendant, is not checked.

7. During the past 2-4 weeks I have left several telephone messages with the court's session clerks seeking the "order directing the United States Marshall Service to serve each named defendant" but have not received a response.

8. On December 27, 2004 I went to the civil clerks window seeking assistance to obtain the required document so that the complaint could be served. The clerk (Matt) attempted to assist me but was unable to obtain the needed document because the case was sealed. I was directed to speak with Sue Jenness in the "pro se" department, however that individual would not be back to work until December 29, 2004.

9. On December 27, 2004 I also went to the window of the United States Marshall Service and inquired if the complaint could be served without the document in question. I was informed that the complaint could not be served without it.

10. As the deadline to serve the complaint is only a couple of days away, and as I am still not in possession of the required document from the court, I am respectfully requesting that I be granted an extension of 45 days so that I may obtain the required order from the court which directs the United States Marshall Service to serve each named defendant.

Signed under the pains and penalties of perjury this 28th day of December 2004.

Respectfully, (Pro se)
_____
Rodney Desrosiers