UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



RODNEY D. DESROSIERS,
    Plaintiff,

v.    Civil Action No. 04-11932-NG
                              SEALED

CITY OF LOWELL, MA. POLICE DEPARTMENT,
    Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☒    The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice after thirty-five days from the date of this Order, unless before that time plaintiff demonstrates good cause, in writing why this case should not be dismissed for the reasons stated in the accompanying memorandum.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

10/5/04                             s/ Nancy Gertner
DATE                              UNITED STATES DISTRICT JUDGE

