UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 25 P 1:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RODNEY D. DESROSIERS )<br>         Plaintiff, )<br>)<br>V. )<br>)<br>CITY OF LOWELL, MA, )<br>POLICE DEPARTMENT )<br>         Defendant. ) | Civil Action No. 04-11932-NG<br>**SEALED**<br><br>SEALED |

## Motion to Impound the Plaintiff's Amended Complaint

On October 5, 2004 this court allowed the plaintiff's motion to seal the record in this case due to the plaintiff's concerns that disclosure of plaintiff's medical condition could result in discrimination and ostracism. The plaintiff respectfully request that the material submitted on this date also be sealed under the previous allowance.

Respectfully Submitted by
Plaintiff,

_/s/ Rodney D. Desrosiers_ (Pro se)
Rodney D. Desrosiers
34 Shurtleff St. #2
Chelsea, MA 02150
978-884-9832

Date: January 25, 2005