UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY D. DESROSIERS, )<br>    Plaintiff             )<br>                              )<br>V.                          )<br>                              )<br>CITY OF LOWELL, MA.    )<br>POLICE DEPARTMENT      )<br>    Defendant            ) | C.A. NO. 04-11932-NG (SEALED)<br><br>F I L E D<br>Clerk's Office<br>USDC, Mass.<br>Date_____<br>By_____<br>Deputy Clerk |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Now comes the Defendant, City of Lowell, MA Police Department, and respectfully moves this Court to dismiss the Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted pursuant to Fed.R.Civ.P. 12(b)(1) and (6).

The Defendant submits the attached Memorandum in support of this Motion.

February 15, 2005

                                    Respectfully submitted:
                                    CITY OF LOWELL, MA.
                                    POLICE DEPARTMENT, DEFENDANT

                                    Kimberley A. McMahon, Assistant City Solicitor
                                    BBO #641398
                                    City of Lowell Law Department
                                    375 Merrimack Street, 3rd Fl.
                                    Lowell MA 01852-5909
                                    (978) 970-4050
                                    FAX (978) 453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served via overnight express mail upon Rodney Desrosiers, Pro Se, 34 Shurtleff Street, #2, Chelsea, MA, 02150 on February 15, 2005.

                                    Kimberley A. McMahon, Assistant City Solicitor