UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 2/16/05
By _____
Deputy Clerk

| | | |
|---|---|---|
| RODNEY D. DESROSIERS, | ) | C.A. NO. 04-11932-NG (SEALED) |
| Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF LOWELL, MA. | ) | |
| POLICE DEPARTMENT | ) | |
| Defendant | ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I have conferred with all counsel of record prior to filing the attached Motion.

February 15, 2005

Respectfully submitted:
CITY OF LOWELL, MA. POLICE
DEPARTMENT, DEFENDANT

/s/ Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via overnight express mail upon Rodney Desrosiers, Pro Se, 34 Shurtleff Street, #2, Chelsea, MA, 02150 on February 15, 2005.

/s/ Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor