UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RODNEY D. DESROSIERS | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil Action No. 04-11932-NG |
| | ) | **SEALED** |
| CITY OF LOWELL, MA, | ) | |
| POLICE DEPARTMENT | ) | |
| Defendant. | ) | |

F I L E D
Clerk's Office
USDC, Mass.
Date 3/1/05
By_____
Deputy Clerk

### Motion to Impound the Plaintiff's Opposition to "Defendant's Motion To Dismiss Amended Complaint"

On October 5, 2004 this court allowed the plaintiff's motion to seal the record in this case due to the plaintiff's concerns that disclosure of plaintiff's medical condition could result in discrimination and ostracism. The plaintiff respectfully request that the material submitted on this date also be sealed under the previous allowance.

Respectfully Submitted by
Plaintiff,

_(signature)_ (Pro se)
Rodney D. Desrosiers
34 Shurtleff St. #2
Chelsea, MA 02150
978-884-9832

Date: February 28, 2005