ATTACHMENT A







I believe I am being discriminated against by the C – Lowell Police Department on the basis of my handicap (Hiv Positive) In violation of Massachusetts General Laws Chapter 151B Section 16, and the Americans With Disabilities Act.

On or about 11/4/89, I was stuck with a needle in the line of duty.
In or around 8/91, I became informed that I was HIV positive.
After testing positive, I followed up with Beth Isreal Hospital, whom I now receive treatment from at the present time.
On or about 2/21/00, through my then attorney at the time Denise McWilliams, the department was informed of my medical condition per discussion with Chief Davis, with whom she requested that my condition be kept confidential. Chief Davis promised atty McWilliams confidentiality in the matter. In about a week, during a meeting with co – workers, I then became aware, that the reasons for my absence from work were known.
Since early 2/00, I have been out of work due to physical complications caused by the HIV virus.
I feel that even if I were physically able to return to work, I could not, due to the hostile work environment I would endure due to my co - workers perception of people with HIV.

---

SWORN TO AND SUBSCRIBED BEFORE ME THIS 21ST DAY OF AUGUST, 2000.
Jerome E. Mach
My Commission Expires 7/14/06

[signature]
8/21/00