| AMENDED | CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|---|
| | This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☐ FEPA<br>☐ EEOC  00132550 |

Massachusetts Commission Against Discrimination and EEOC
(State or local Agency, if any)

**NAME** (Indicate Mr., Ms., or Mrs.): Rodney Desrosiers C/O Ellen Poster, Esq.
**HOME TELEPHONE NO.** (Include Area Code): (617) 742-6767
**STREET ADDRESS**: 68 Commercial Wharf
**CITY, STATE AND ZIP CODE**: Boston, MA 02110
**COUNTY**: Suffolk

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: City of Lowell Police Dept.
**NO. OF EMPLOYEES/MEMBERS**: 20+
**TELEPHONE NUMBER** (Include Area Code): (978) 937-3200
**STREET ADDRESS**: 50 Arcand Drive
**CITY, STATE AND ZIP CODE**: Lowell, MA 01852

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE  ☐ RETALIATION  ☒ OTHER (Specify)

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** (Month, day, year): 2/22/00

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

I, Rodney Desrosiers, the Complainant, believe that I was discriminated against by the Lowell Police Department on the basis of disability. This is in violation of M.G.L. c. 151B Section 4 Paragraph 16.

SEE ATTACHED.

RECEIVED NOV 27 2000 COMMISSION AGAINST DISCRIMINATION

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X [signature]
Date: 11/24/00   Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year): 11/24/00

Notary Public - Ellen L. Poster
My commission expires - 10/5/01

EEOC FORM 5 MAR 84   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

I believe that I am being discriminated against by the City of Lowell Police Department (hereinafter "the Department") on the basis of my handicap (HIV Positive), in violation of Massachusetts General Laws Chapter 151B Section 4(16), and the Americans With Disabilities Act.

On or about 11/4/89, I was stuck with a needle in the line of duty.
In or around 8/91, I became informed that I was HIV positive.
After testing positive, I followed up with Beth Israel Hospital, whom I now receive treatment from at the present time.
On or about 2/21/00, through my then attorney at the time Denise McWilliams, the department was informed of my medical condition per discussion with Chief Davis, with whom she requested that my condition be kept confidential. Chief Davis promised Attorney McWilliams confidentiality in the matter. In about a week, during a meeting with coworkers, I then became aware, that the reasons for my absence from work were known. Since early 2/00, I have been out of work due to physical complications caused by the HIV virus.
I feel that even if I were physically able to return to work, I could not, due to the hostile work environment I would endure due to my coworkers perception of people with HIV.
I am a qualified handicapped person capable of performing the essential function of my position as a police officer with reasonable accommodation.
I am presently on sick leave from the Department. Other police officers have taken extended sick leave from the Department due to their medical conditions, and their medical conditions have been kept confidential by the Department (except with regard to medical conditions caused by injuries otherwise known to the public, such as automobile accidents involving police officers reported in the local press) whereas my medical condition was not kept confidential, even after my express request that it be kept confidential. By failing to keep my medical condition confidential, the Department did "otherwise discriminate against" me because of my handicap. The release of confidential medical information by the Department to my coworkers was a violation of my privacy. Coworkers at the Department have a negative perception of people who are HIV positive and express their views in the workplace, so that their knowledge of my condition has caused me great emotional distress.