Attachment C

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

| MCAD DOCKET NUMBER: 03BEM01030 | EEOC/HUD CHARGE NUMBER: 16CA301490 |
|---|---|
| FILING DATE: 04/02/03 | VIOLATION DATE: 12/11/02 |

**Name of Aggrieved Person or Organization:**
Rodney Desrosiers
32 Shurtleff St., #1
Chelsea, MA 02150
Primary Phone: (617)884-9760 ext. ____

**Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:**
City of Lowell
Human Resources Division
375 Merrimack St.
Lowell, MA 01854

No. of Employees: 25+

Work Location: Lowell, MA

**Cause of Discrimination based on:**
Disability, Disability, unspecified or general; Other, Paragraph 4, Retaliation.

**The particulars are:**
I, Rodney Desrosiers, the Complainant believe that I was discriminated against by City of Lowell, on the basis of Disability, Other. This is in violation of M.G.L. 151B Section 4 Paragraph 16 and ADA, Title VII.

See Attached

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS DAY of 4/23/2003.

NOTARY PUBLIC: _____

SIGNATURE NOTARY PUBLIC: _____
MY COMMISSION EXPIRES: _____

MCAD Docket Number 03BEM01030, Complaint

APR 2 - 2003

I believe that I am being discriminated against by my employer, the City of Lowell, in violation of M.G.L. Chapter 151B, Section 4, Paragraph 16, and M.G.L. Chapter 151B, Section 4, Paragraph 4, as well as in violation of the Americans with Disabilities Act. I believe this discrimination is on the basic of my handicap (HIV Positive) and in retaliation for the filing of a previous discrimination claim by me with this commission against the City of Lowell.

The City of Lowell has required me to pay a higher amount of cost for my health insurance coverage than they require of other employees similarly situated. While on medical leave from my employer I was improperly forced to go on Cobra coverage between June 2001 and December 2002 and charged 102% of my health insurance premium cost. In December 2002, after having made the timely premium health insurance payments they requested, I nevertheless received a health insurance termination notice from the City of Lowell.

My attorney was not aware until December 11, 2002 that I had been placed on Cobra coverage, and I was not aware of my health insurance rights. Attorney Poster contacted both the Law Department and Human Resources Department of the City of Lowell on December 11, 2002 and advised my employer that I was improperly placed on Cobra coverage, had been overcharged for health insurance premiums, and that termination of my health insurance was improper. The City of Lowell agreed after this notification that they would not terminate my health insurance coverage but insisted that I pay 100% of cost for my health insurance premium, even though they were well advised of both M.G.L. Chapter 7A (the City of Lowell accepted the provisions of M.G.L. chapter 7A on November 23, 1971) and my union contract, which both dictated that I pay a much lower percentage towards my group health insurance premium. The City of Lowell continued to refuse to correct this iniquity and stated that I would need to take legal actions against them if I was not satisfied.

I would also like this charge filed with the EEOC.

I declare under the pains of perjury that the foregoing is true and correct.

_____           3-31-03
Rodney Desrosiers                  Date