10290
#6916

2003 NOV 24 AM 11:42

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Room 601, Boston, MA 02108

NOV 20 2003

Ellen L. Poster, Esquire
Attorney at Law
68 Commercial Wharf
Boston, MA 02110

RE: Rodney Desrosiers v. City of Lowell Police Department
MCAD DOCKET NO: 00132550

Dear Parties:

On November 10, 2003 a preliminary hearing was held regarding the above reference complaint to consider the Complainant's appeal of lack of probable cause finding issued in this Complaint on September 18, 2003.

Based upon information presented at the appeal hearing and a review of the evidence adduced in investigation, I have determined that the <u>Lack of Probable Cause</u> finding in this case is affirmed. This means that investigation and appeal evidence fails to establish sufficient evidence to determine that an unlawful act of discrimination has been committed.

All employment complaints where applicable, are dual filed with the U.S. Equal Employment Opportunity Commission (EEOC). Our finding will be forwarded to its Area Office, JFK Federal Building, Boston, MA 02203. The MCAD finding will be given substantial weight by the EEOC provided that such finding are in accordance with the requirements of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and or The Americans with disabilities Act of 1990.

Very truly yours,

Walter J. Sullivan, Jr.
Investigating Commissioner

cc: Kimberley A McMahon, Assistant City Solicitor
    City of Lowell, Law Department
    375 Merrimack Street, 3rd Floor
    Lowell, MA 01852