Attachment "G"

Ellen L. Poster, Esq.
68 Commercial Wharf
Boston, MA 02110
(617) 742-6767
Fax: 617-367-0650

12/3/03

To: EEOC

Re: Desrosiers v. City of Lowell Police Dept.
EEOC charge no. 16CA02593

Dear Sir or Madam:

I hereby request a substantial weight review on the above-referenced EEOC charge.

Very truly yours,
Ellen
Ellen L. Poster
Attorney for Rodney Desrosiers



RECEIVED DEC - 3 2003