ATTACHMENT I

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Rodney Desrosiers | COURT CASE NUMBER 04-11932 NC |
| DEFENDANT City of Lowell MA Police Dept. | TYPE OF PROCESS |

**SERVE** ▶
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Christine O'Connor, C/ Solicitor

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
375 Merrimack St, 2nd Fl, Lowell MA, 01852

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Rodney Desrosiers
34 Shurtleff St #4
Chelsea MA 02150

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Location of service is Lowell City Hall

Signature of Attorney or other Originator requesting service on behalf of:
(Pro Se) ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER 978-884-9832
DATE 12-10-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 01/25/05

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Christina O'Connor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 1-26-05 | Time 1:16 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $25.20 | N/A | $70.20 | | $70.20 | |

REMARKS:

**NOTE**

PRIOR EDITIONS
3. NOTICE OF SERVICE
FORM USM-285 (Rev. 12/15/80)