Rodney Desrosiers<br>
1403 Rock Wood Drive<br>
Saugus, MA 01906<br>
978-884-9832

August 24, 2005

Jennifer Filo, Docket clerk to
Hon. Nancy Gertner
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Desrosiers vs. City of Lowell
 No: 04-11932-NG  (Sealed)

Dear Ms. Filo;

This letter is to inform the court of my residential change of address. I would appreciate the noting of my new address of <u>1403 Rock Wood Drive, Saugus MA 01906</u> in the courts record for all future correspondence. My contact telephone number of 978-884-9832 will remain the same.

Thank you for your attention in this matter.

Sincerely;

*[signature]* (pro se)
Rodney Desrosiers


cc: Kimberly McMahon
    City of Lowell