UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 1/31/06
By_____
Deputy Clerk

RODNEY D. DESROSIERS    )
       Plaintiff,    )
           )
V.    )    Civil Action No. 04-11932-NG
           )    **SEALED**
CITY OF LOWELL, MA,    )
POLICE DEPARTMENT    )
       Defendant.    )

### Motion to Impound the Enclosed "Plaintiff's Motion to Compel Discovery from Defendant"

On October 5, 2004 this court allowed the plaintiff's motion to seal the record in this case due to the plaintiff's concerns that disclosure of plaintiff's medical condition could result in discrimination and ostracism. The plaintiff respectfully request that the material submitted on this date also be sealed under the previous allowance.

Respectfully Submitted by
Plaintiff,

Rodney D. Desrosiers (Pro Se)
1403 Rock Wood Drive
Saugus, MA 01906
978-884-9832

Date: January 31, 2006