UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY D. DESROSIERS,**<br>**Plaintiff** | )<br>)<br>) |
| V. | )<br>) |
| **CITY OF LOWELL, MA.**<br>**POLICE DEPARTMENT**<br>**Defendant** | )<br>)<br>)<br>) |

C.A. NO. 04-11932-NG (SEALED)

## DEFENDANT'S PROPOSED SCHEDULE

Pursuant to the Court's order, the Defendant, City of Lowell, proposes the following schedule in the above referenced matter:

1.   Plaintiff will disclose experts in accordance with the Federal Rules of Civil Procedure by March 31, 2006.

2.   Defendant will disclose experts in accordance with the Federal Rules of Civil Procedure by April 30, 2006.

3.   All expert interrogatories and depositions will be completed by May 31, 2006.

4.   All dispositive motions will be filed by June 30, 2006.

5.   All oppositions to dispositive motions will be filed by July 21, 2006.

6.   The pretrial conference will be held August 21, 2006.

7.   The trial will be held August 28, 2006.

8.   Presuming all parties in the Plaintiff's other lawsuits assent, the Court will refer this matter to mediation prior to the scheduled trial date.

February 21, 2006                                CITY OF LOWELL, DEFENDANT,

*Kimberley A. McMahon*
Kimberley A. McMahon, Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon Rodney Desrosiers, pro se, 1403 Rock Wood Drive, Saugus MA 01906, first-class mail on February 21, 2006.

*Kimberley A. McMahon*
Kimberley A. McMahon, Assistant City Solicitor

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that, prior to filing this document, I attempted to confer with the pro se plaintiff via telephone on February 21, 2006. I was unable to reach pro see plaintiff and left a voice message regarding this filing.

*Kimberley A. McMahon*
Kimberley A. McMahon, Assistant City Solicitor