UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY D. DESROSIERS    )
       Plaintiff,    )
           )
V.    )    Civil Action No. 04-11932-NG
           )    SEALED
CITY OF LOWELL, MA,    )
POLICE DEPARTMENT    )
       Defendant.    )

### Motion to Unseal and to Change the Plaintiff's Identity to "John Doe"

The Plaintiff is in agreement to unseal the record on the above referenced civil action so that electronic filings would be allowable in the case. The Plaintiff would also respectfully request that the court allow for the Plaintiff's identity to be changed to "John Doe", which would then offer the plaintiff some privacy in this matter after the case is unsealed.

February 21, 2006

Respectfully Submitted:
Rodney D. Desrosiers, plaintiff,

*[signature]*

1403 Rock Wood Drive
Saugus, MA 01906
978-884-9832

### CERTIFICATE OF SERVICE

I hearby certify that a true copy of the foregoing document was served via first class mail upon the defendants attorney, Kimberly McMahon, City of Lowell Law Department, 375 Merrimack Street, Lowell, MA. 01852 on ~~January 24~~ February 21, 2006.

*[signature]*
Rodney D. Desrosiers (Pro Se)