UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Rodney D. Desrosiers,
        Plaintiff               Civil Action

vs.

                              NO. <u>04-11932-NG (SEALED)</u>

City of Lowell, MA.
Police Department
        Defendant

## PLAINTIFF'S PROPOSED SCHEDULE

The plaintiff has no objections to items # 1-5 of the defendant's proposed schedule.

The plaintiff believes that the court has already set a pre-trial conference date of August 24, 2006 in this matter and therefore the defendant's proposal #6 may need to be clarified.

The plaintiff has no objections to items # 7-8 of the Defendants proposed schedule.

<u>The plaintiff would like to propose that item #9 listed below be added to the schedule:</u>

#9- New discovery timelines, that may be set after the court rules on the Plaintiff's "Motion to Compel Discovery", shall be incorporated into this proposed schedule.

March 5, 2006                                               Rodney D. Desrosiers, Plaintiff (Pro se)

                                                                    1403 Rock Wood Drive
                                                                    Saugus, MA 01906
                                                                    978-884-9832

## CERTIFICATE OF SERVICE

I hearby certify that a true copy of the foregoing document was served upon Attorney Kimberly McMahon, City of Lowell, Law Department, 375 Merrimack Street, Lowell, MA. 01852, on March 5, 2006 via first class mail.

_____
Rodney D. Desrosiers (Pro Se)