CHRISTINE P. O'CONNOR
City Solicitor

Of Counsel
DAVID J. FENTON
THOMAS E. SWEENEY
Assistant City Solicitors



KIMBERLEY A. McMAHON
1st Assistant Solicitor

BRIAN W. LEAHEY
MARIA SHEEHY
R. ERIC SLAGLE
Assistant City Solicitors

CITY OF LOWELL - LAW DEPARTMENT
375 MERRIMACK STREET – 3RD FL
LOWELL, MASSACHUSETTS 01852-5909
Tel. (978) 970-4050
Fax (978) 453-1510

March 31, 2006

Ms. Maryellen Molloy, Ctrm. Clerk
Hon. Nancy Gertner
United States District Court
One Courthouse Way
Boston MA 02210

Re:   Desrosiers v. City of Lowell        C.A. 04-11932-NG

Dear Ms. Molloy:

Pursuant to Judge Gertner's request, I have contacted all counsel who represent the pro se Plaintiff in the Massachusetts Superior Court, specifically in the cases of Desrosiers v. Davis, et al, SUCV2003-00794, and Doe v. City of Lowell, et al, SUCV2001-00843, as well as the counsel who represent the Defendants in such cases. All counsel agree to participate in a mediation session concerning all three lawsuits at the United States District Court for the District of Massachusetts.

For your reference, the following attorneys are involved in the above referenced cases:

Ellen L. Poster, Esq.
Counsel for Rodney Desrosiers
68 Commercial Wharf
Boston MA 02110

Walter Underhill, Esq.
Counsel for Dennis Cormier
66 Long Wharf
Boston MA 02110

Philip S. Nyman, Esq.
Counsel for Judith Sweet
375 Gorham Street
Lowell MA 01852

DESROSIERS-04-11932-NG

Ms. Maryellen Molloy, Ctrm. Clerk
Hon. Nancy Gertner
United States District Court
March 31, 2006
Page 2


Gerald McDonough, Esq.
Counsel for John Doe
HOLTZ & REED LLP
25 New Chardon Street, 4th Fl.
Boston MA 02114-4729

Kimberley A. McMahon, Esq.
First Assistant City Solicitor
Counsel for City of Lowell
Counsel for Superintendent Edward Davis
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909

Thank you for your attention to this matter.

Very truly yours,

Kimberley A. McMahon
Assistant City Solicitor

cc:   Rodney Desrosiers, pro se
      1403 Rock Wood Drive
      Saugus MA 01906

      All counsel of record

DESROSIERS-04-11932-NG