UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY D. DESROSIERS,

    Plaintiff,                                                            CIVIL ACTION
v.                                                                   NO.   04-11932-NG

CITY OF LOWELL,

    Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE GERTNER

HILLMAN, M.J.

On   May 24, 2006   I held the following ADR proceeding in the above captioned case and 2 separate state actions:

    ____    EARLY NEUTRAL EVALUATION      _X_   MEDIATION
    ____    MINI-TRIAL                                        ____   SUMMARY JURY TRIAL
    ____    SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )    Settled.  Your clerk should enter a ____ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(X)   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.


May 25,  2006                                          /s/ Timothy S. Hillman
Date                                                  TIMOTHY S. HILLMAN, M.J.