UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** )  | | **C.A. NO. 04-11932-NG (SEALED)** |
| Plaintiff ) | | |
| ) | | |
| **V.** ) | | |
| ) | | |
| **CITY OF LOWELL, MA.** ) | | |
| **POLICE DEPARTMENT** ) | | |
| Defendant ) | | |

### DEFENDANT, CITY OF LOWELL'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, City of Lowell, pursuant to Fed.R.Civ.P. 56 and requests that this Honorable Court enter judgment for the City of Lowell. As grounds therefore, and as more fully explained in the City's "Statement of Undisputed Facts," and "Memorandum of Law in Support of its Motion for Summary Judgment," no genuine issues of material fact exist and the City of Lowell is entitled to judgment as a matter of law.

June 15, 2006                                      Respectfully submitted:
                                                   CITY OF LOWELL, MA. POLICE
                                                   DEPARTMENT, DEFENDANT


                                                   /s Kimberley A. McMahon,
                                                   Kimberley A. McMahon, Assistant City Solicitor
                                                   BBO #641398
                                                   City of Lowell Law Department
                                                   375 Merrimack Street, 3rd Fl.
                                                   Lowell MA 01852-5909
                                                   (978) 970-4050
                                                   FAX (978) 453-1510

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing and via first-class mail to Rodney D. Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, on June 15, 2006

/s Kimberley A. McMahon
Kimberley A. McMahon, Assistant City Solicitor