UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | **C.A. NO. 04-11932-NG (SEALED)** |
|     **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
|     **Defendant** | ) | |

## DEFENDANT, CITY OF LOWELL'S LIST OF EXHIBITS ATTACHED TO ITS MOTION FOR SUMMARY JUDGMENT

1. Amended Complaint C.A. 04-11932-NG (Sealed);

2. Plaintiff's Answers to Defendant's First Set of Interrogatories;

3. Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories;

4. Complaint C.A. SUCV2001-00843F;

5. Complaint C.A. SUCV2003-00794G, Amended Complaint C.A. 04-11932-NG (Sealed);

6. 11/29/05 letter to Superintendent Edward F. Davis III from Lowell Retirement Board;

7. Complainant's Answers to Respondent's Interrogatories in MCAD Docket No. 00132550;

8. Notification of Complaint and Complaint in MCAD Docket No. 03BEM01030;

9. Dismissal and Notification of Rights in MCAD Docket No. 03BEM01030;

10. 05/10/00 letter to Attorney Denise McWilliams and attached 4/14/00 medical report of Jeffrey K. Griffiths;

11. 11/12/03 letter to Ms. Judith Sweet from Elias Nabbout, M.D.;

12. Affidavit of Judith Sweet;

13. Notification of Complaint and Complaint in MCAD Docket No. 00132550;

14. Complainant's Motion to Amend Complaint in MCAD Docket No. 00132550;

15. 11/20/03 MCAD Determination of Lack of Probable Cause in MCAD Docket No. 00132550;

16. Dismissal and Notification of Rights in MCAD Docket No. 00BEM2550;

17. Dismissal and Notice of Rights in EEOC No. 16C-2000-02593;

18. 05/10/06 Deposition of Rodney Desrosiers – pp. 1, 47, 56-59, 62-64, 74;

19. Affidavit of Kathryn A. Tierney.

June 15, 2006                                CITY OF LOWELL, MA. POLICE
                                             DEPARTMENT, DEFENDANT


                                             /s Kimberley A. McMahon,
                                             Kimberley A. McMahon, Assistant City Solicitor
                                             BBO #641398
                                             City of Lowell Law Department
                                             375 Merrimack Street, 3rd Fl.
                                             Lowell MA 01852-5909
                                             (978) 970-4050
                                             FAX (978) 453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing and via first-class mail to Rodney D. Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, on June 15, 2006.

                                             /s Kimberley A. McMahon
                                             Kimberley A. McMahon, Assistant City Solicitor

2