# EXHIBIT 8

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

4/28/2003

City of Lowell
Human Resources Division
375 Merrimack St.
Lowell, MA 01854

RE: Rodney Desrosiers vs. City of Lowell
MCAD Docket Number: 03BEM01030
EEOC/HUD Number: 16CA301490

Dear Respondent:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the above referenced complaint of discrimination which alleges that you have committed an act of discrimination. A copy of that complaint is enclosed.

State law requires the Commission to impartially review the allegations in that complaint. The Commission has assigned one of its staff, Jessica Thrall, to investigate the complaint. This MCAD investigator will keep the parties informed of developments arising from that investigation.

State law requires that you submit a formal written answer to the complaint in the form of a Position Statement. This written answer should be submitted to MCAD Investigator within twenty-one (21) days of receipt of this notification. In addition, the Position Statement **must be notarized**. A copy must also be forwarded to the Complainant at the address listed on the enclosed complaint. Failure to file an answer or Motion for a More Definite Statement within the prescribe time may result in sanctions being imposed in accordance with 804 CMR 1.16. These sanctions may include but are not limited to:
  a. allegations in the complaint being taken as established for the purposes of the case in accordance with the claims of the Complainant;
  b. a waiver by Respondent of the right to have the Commission conduct further investigation, determine whether there is probable cause and/or make conciliation efforts;
  c. your being barred from introducing any and all evidence at the public hearing;
  d. your being barred from introducing designated matters into evidence at the public hearing;
  e. your being barred from presenting any and all defenses at the public hearing; and,
  f. your being barred from opposing designated claims or supporting designated defenses at the public hearing.

Please note that you must include in the Position Statement one of the following statements:

I am (or Respondent is) represented by an attorney in this matter.
           -OR-
I am (or Respondent is) not represented by an attorney in this matter.

Failure to submit an accurate statement may result in adverse action being taken against you as the Respondent. Please note that if your representational situation changes, you must notify the Commission immediately.

In order to reduce the time necessary to investigate and resolve complaints of discrimination, the MCAD schedules an Investigative Conference with the parties shortly after the complaint is filed. Information about that Conference is included with this notice.

MCAD Docket Number 03BEM01030, Serve Respondent – With Investigative Conference

An Investigative Conference regarding the above complaint will be held at the Commission's Offices, One Ashburton Place, Boston, MA, at 10:30 AM on 06/04/03. You are required to attend this Conference.

One important purpose of this Conference will be to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process.

If you have any questions pertaining to the Investigative Conference, please contact Jessica Thrall at (617) 994-6079.

Sincerely,

Jessica Thrall
Investigator

Cc:

MCAD Docket Number 03BEM01030, Serve Respondent -- With Investigative Conference

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | | |
|---|---|---|
| City of Lowell | Person Filing Charge: | Rodney Desrosiers |
| Human Resources Division | This Person (Check One): | ( ) Claims to be aggrieved |
| 375 Merrimack St. | | ( ) Is filing on behalf of |
| Lowell, MA 01854 | Date of Alleged Violation: | 12/11/02 |
| | Place of Alleged Violation: | Lowell, |
| | EEOC Charge Number: | 16CA301490 |
| | MCAD Docket Number: | 03BEM01030 |

NOTICE OF CHARGE OF DISCRIMINATION WHERE AN FEP AGENCY WILL INITIALLY PROCESS (See Attached Information Sheet For Additional Information)

You are hereby notified that a charge of employment discrimination under
    [ ] Title VII of the Civil Rights Act of 1964
    [ ] The Age Discrimination in Employment Act of 1967 (ADEA)
    [ ] The Americans Disabilities Act (ADA)
Has been received by
[ ]    The EEOC and sent for initial processing to    MCAD
                                             (FEP Agency)
[ ]    The Mass. Commission Against Discrimination
        (FEP) Agency and sent to the EEOC for dual filing purposes.

While the EEOC has jurisdiction (upon the expiration of any deferral requirements if this is a Title VII or ADA Charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X]    As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's issuing a final finding and order. If the agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained on the second page of this form apply.

For further correspondence on this matter, please use the charge number(s) shown.

[ ]    An Equal Pay Act Investigation (29 U.S.C 206(d) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
[X]    Enclosure: Copy of the Charge

| Basis of Discrimination | | | | |
|---|---|---|---|---|
| ( ) Race | ( ) Color | ( ) Sex | ( ) Religion | ( ) National Origin |
| ( ) Age | ( ) Disability | ( ) Retaliation | ( ) Other | |

Circumstances of alleged violation:
    SEE ENCLOSED COPY OF THE CHARGE OF DISCRIMINATION (or EEOC FORM 5)

| Date | Type Name/Title of Authorized EEOC Official | Signature |
|---|---|---|
| 4/23/2003 | Robert L. Sanders, Director | |

EEOC Charge Number 16CA301490, EEOC Transmittal Letter to Respondent

## The Commonwealth of Massachusetts
### Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

| | |
|---|---|
| MCAD DOCKET NUMBER: 03BEM01030 | EEOC/HUD CHARGE NUMBER: 16CA301490 |
| FILING DATE: 04/02/03 | VIOLATION DATE: 12/11/02 |

Name of Aggrieved Person or Organization:
Rodney Desrosiers
32 Shurtleff St., #1
Chelsea, MA 02150
Primary Phone: (617)884-9760 ext. ____

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
City of Lowell
Human Resources Division
375 Merrimack St.
Lowell, MA 01854

No. of Employees:        25+

Work Location: Lowell, MA

Cause of Discrimination based on:
Disability, Disability, unspecified or general; Other, Paragraph 4, Retaliation.

The particulars are:
I, Rodney Desrosiers, the Complainant believe that I was discriminated against by City of Lowell, on the basis of Disability, Other. This is in violation of M.G.L. 151B Section 4 Paragraph 16 and ADA, Title VII.

See Attached

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

_____
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS DAY of 4/23/2003.

NOTARY PUBLIC: _____

SIGNATURE NOTARY PUBLIC:_____
MY COMMISSION EXPIRES:_____

MCAD Docket Number 03BEM01030, Complaint

**Rodney Desrosiers**
**32 Shurtleff St. #1**
**Chelsea Ma. 02150**
**617-884-9760**

March 31, 2003



Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place
Boston, Massachusetts 02108

Dear Sir/Madam;

00132550/KB

Attached is a complaint that I wish to file against my employer the City of Lowell. I would also like this charge to be filed with the EEOC. I am not represented by legal counsel on this matter at this time.

Thank you for your assistance in filing this complaint.

Rodney Desrosiers

...

APR 2 - 2003

I believe that I am being discriminated against by my employer, the City of Lowell, in violation of M.G.L. Chapter 151B, Section 4, Paragraph 16, and M.G.L. Chapter 151B, Section 4, Paragraph 4, as well as in violation of the Americans with Disabilities Act. I believe this discrimination is on the basic of my handicap (HIV Positive) and in retaliation for the filing of a previous discrimination claim by me with this commission against the City of Lowell.

The City of Lowell has required me to pay a higher amount of cost for my health insurance coverage than they require of other employees similarly situated. While on medical leave from my employer I was improperly forced to go on Cobra coverage between June 2001 and December 2002 and charged 102% of my health insurance premium cost. In December 2002, after having made the timely premium health insurance payments they requested, I nevertheless received a health insurance termination notice from the City of Lowell.

My attorney was not aware until December 11, 2002 that I had been placed on Cobra coverage, and I was not aware of my health insurance rights. Attorney Poster contacted both the Law Department and Human Resources Department of the City of Lowell on December 11, 2002 and advised my employer that I was improperly placed on Cobra coverage, had been overcharged for health insurance premiums, and that termination of my health insurance was improper. The City of Lowell agreed after this notification that they would not terminate my health insurance coverage but insisted that I pay 100% of cost for my health insurance premium, even though they were well advised of both M.G.L. Chapter 7A (the City of Lowell accepted the provisions of M.G.L. chapter 7A on November 23, 1971) and my union contract, which both dictated that I pay a much lower percentage towards my group health insurance premium. The City of Lowell continued to refuse to correct this iniquity and stated that I would need to take legal actions against them if I was not satisfied.

would also like this charge filed with the EEOC.

I declare under the pains of perjury that the foregoing is true and correct.

Rodney Desrosiers                                    2-31-03
                                                     Date