UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | **C.A. NO. 04-11932-NG (SEALED)** |
| Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
| Defendant | ) | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that, prior to filing the attached Motion for Summary Judgment, I conferred with counsel of record at the Status Conference before the Court on March 16, 2006.

June 15, 2006                                CITY OF LOWELL, MA. POLICE
                                             DEPARTMENT, DEFENDANT


                                             /s Kimberley A. McMahon,
                                             Kimberley A. McMahon, Assistant City Solicitor
                                             BBO #641398
                                             City of Lowell Law Department
                                             375 Merrimack Street, 3rd Fl.
                                             Lowell MA 01852-5909
                                             (978) 970-4050
                                             FAX (978) 453-1510

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing and via first-class mail to Rodney D. Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, on June 15, 2006


                                             /s Kimberley A. Mahon
                                             Kimberley A. McMahon, Assistant City Solicitor