**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


Rodney D. Desrosiers                          C.A. NO. 04-11932-NG
    **Plaintiff**

**V.**

**City of Lowell, MA.**
    **Defendant**


**PLAINTIFF'S LIST OF EXHIBITS ATTACHED TO IT'S OPPOSITION MOTION**
**TO SUMMARY JUDGMENT**


1.      MCAD complaint # 00132550

2.      MCAD complaint filed March 31, 2003 (merged with previous)

3.      Plaintiff's Answers to Interrogatories, Docket # 04-11932-NG

4.      Plaintiff's Amended Complaint, Docket # 04-11932-NG

5.      Defendant letter to Plaintiff's Attorney dated November 4, 2003.

6.      M.G.L. Chapter 41, Section 111F

7.      M.G.L. Chapter 32B, Section 7

8.      Long term medical leaves compiled by Detail Officer David Abbott

9.      Deposition of Judith Sweet taken for C.A. # 2003-00794G.

10.    Deposition of Judith Sweet taken for C.A. # 2001-00843F.

11.    Judge Henry's decision denying Motion for summary judgment in C.A. #
2003-00794G

12.    Transcript of recorded telephone message

13.    Deposition of Dennis Cormier taken for C.A. # 2003-00794G

14.    M.G.L. Chapter 32B, Section 7A.

15.    Affidavit of Attorney Denise McWilliams

16.    Deposition of Denise Cormier taken in regards to MCAD Complaint # 00132550

17.    Deposition of Chief Edward Davis taken in regard to MCAD complaint # 00132550

18.    City of Lowell Respondent Position, dated January 25, 2001, in regards to MCAD complaint # 00132550

19.    City of Lowell's Memo of Fact, dated December 21, 2001 in regard to MCAD complaint # 00132550

20.    Dr. Libman's letter, dated April 15, 2000 in regard to C.A. 2001-00843F.

21.    City of Lowell personnel policy (page 991)

22.    Letter of Kathy Tierney's to Attorney Poster, in regard to M.G.L. Ch 32B, section 7A.

23.    City of Lowell's Memo of Fact and Law dated December 21, 2001 in regard to MCAD complaint # 00132550.

24.    City of Lowell's Motion to Dismiss, dated September 18, 2000, in regard to MCAD complaint # 00132550

25.    Judge Hines order, dated November 10, 2004 in regard to C.A. 2001-00843F.

26.    City of Lowell's Answers to Plaintiff's Interrogatories in regard to MCAD complaint # 00132550.

27.    Letter of Attorney McWilliams to Chief Davis dated April 20, 2000.

28.    Letter from Dr. Libman, dated June 21, 2001, confirming Plaintiff meets FMLA eligibility.

29.    Deposition of Judith Sweet, taken March 25, 2002, in regard to C.A. # 2001-00843F.

30.    City of Lowell's Position statement, dated January 25, 2001, in regard to MCAD complaint #00132550

31.    Deposition of Captain Robert Demoura, taken December 11, 2001, taken in regard to MCAD complaint #00132550

32.    City of Lowell's opposition to Plaintiff's Motion for Reconsideration, dated August 17, 2005, in regard to C.A. # 2001-00843F

33.    Ruling of Judge Gertner, dated May 6, 2005, in regard to Federal C.A. #04-11932-NG

34.    Affidavit of Patrolman Jose Rivera dated November 8, 2000.

35.    Deposition of Chief Davis, taken September 13, 2001, in regard to MCAD complaint #00132550

June 27, 2006

Respectfully submitted;

_____ (Pro se)

Rodney D. Desrosiers  (plaintiff)
1403 Rock Wood Drive
Saugus, MA 01906
978-884-9832

## CERTIFICATE OF SERVICE

I hearby certify that a true copy of the foregoing document was served upon Attorney Kimberly McMahon, City of Lowell, Law Department, 375 Merrimack Street, Lowell, MA 01852 via first class mail on June 27, 2006.

_____
Rodney D. Desrosiers (Pro Se)