UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | **C.A. NO. 04-11932-NG (SEALED)** |
|     Plaintiff | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
|     Defendant | ) | |

**DEFENDANT'S MOTION TO SEAL MOTION TO COMPEL
PLAINTIFF TO PROVIDE RELEASES FOR TREATMENT RECORDS**

Now comes the Defendant, City of Lowell ("City"), in the above-referenced matter and requests that this Honorable Court seal Defendant's Motion To Compel Plaintiff To Provide Releases For Treatment Records.

As grounds for its Motion, the City says that on July 24, 2006, an employee in the City's Law Department spoke with the docket clerk to Hon. Nancy Gertner regarding the subject motion to compel Plaintiff to provide releases for treatment records. The City was instructed, due to the sensitive nature of the information in the Motion to Compel and possible issues concerning Plaintiff's privacy, to file a Motion to Seal its Motion to Compel. If the Court allows the Motion to Seal, the City will file the Motion to Compel via first-class mail. If the Court denies the Motion to Seal, the City will electronically file the Motion to Compel.

July 26, 2006                                            **CITY OF LOWELL, DEFENDANT**

 

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on Rodney D. Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, via first-class mail, on July 26, 2006.

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor