Rodney Desrosiers<br>
1403 Rock Wood Drive<br>
Saugus, MA. 01906<br>
978-884-9832

FILED
CLERKS OFFICE

2006 AUG -8 P 1: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

August 4, 2006

Jennifer Filo
Docket Clerk to Hon. Nancy Gertner
United States District Court
One Courthouse Way
Boston, MA 02210

**Re: Rodney D. Desrosiers v. City of Lowell**
No: 04-11932-NG

Dear Ms. Filo;

I would like to request the issuance of subpoenas in civil action # 04-11932-NG for the trial testimony of the below named individuals. I am representing myself in this matter that is scheduled for trial before Judge Gertner on August 28, 2006. I am aware that a ruling on the defendant's motion for summary judgment is still outstanding, however, given that this is peak vacation time, if I were not to begin the process of service soon, then it is possible that the subpoenas may not be able to be properly served on the individuals who are needed for trial testimony.

Witnesses to be subpoenaed:

**Chief Edward Davis**, Lowell Police Department, 50 Arcand Dr., Lowell Ma. 01852
**Deputy Dennis Cormier**, Lowell Police Department, 50 Arcand Dr., Lowell Ma. 01852
**Lt. William Busby**, Lowell Police Department, 50 Arcand Dr., Lowell MA. 01852
**Officer Jose Rivera**, Lowell Police Department, 50 Arcand Dr, Lowell Ma. 01852
**Officer Daniel Desmarais**, Lowell Police Department, 50 Arcand Dr, Lowell Ma. 01852
**Karen Gagnon**, Lowell City Hall, Law Dept., 375 Merrimack St., Lowell Ma. 01852
**Kathryn Tierney**, Lowell Human Relations, 375 Merrimack St., Lowell, Ma. 01852
**Judith Sweet**, 4 Sweets Pond Way, Dunstable Ma, 02107
**John F. Cox**, 144 Butman Rd. Lowell, Ma. 01852

On October 5, 2004, the court granted me permission to proceed *in forma pauperis* manner in this case. Under such permission, I would like to request that the United States Marshals Service serve subpoenas to these individuals. If such permission is no longer valid, then I request that the subpoenas be forwarded to me for proper service.

Thank you for your attention in this matter.

Sincerely;

Rodney Desrosiers (pro se)

cc: Kimberly McMahon
    Attorney at Law
    City of Lowell Law Dept.
    375 Merrimack St. 3rd fl.
    Lowell, MA 01852