UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY D. DESROSIERS,** )<br>　　Plaintiff　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　)<br>**V.**　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>**CITY OF LOWELL, MA.**　　　　)<br>**POLICE DEPARTMENT**　　　　)<br>　　Defendant　　　　　　　　　　) | **C.A. NO. 04-11932-NG (SEALED)** |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as attorney for Defendant, City of Lowell, in the above-captioned case.

August 21, 2006　　　　　　　　　　**CITY OF LOWELL, DEFENDANT**

　　　　　　　　　　　　　　　　　　R. Eric Slagle
　　　　　　　　　　　　　　　　　　Kimberley A. McMahon, 1st Assistant City Solicitor
　　　　　　　　　　　　　　　　　　BBO #641398
　　　　　　　　　　　　　　　　　　R. Eric Slagle, Assistant City Solicitor
　　　　　　　　　　　　　　　　　　BBO #658813
　　　　　　　　　　　　　　　　　　City of Lowell Law Department
　　　　　　　　　　　　　　　　　　375 Merrimack Street, 3rd Fl.
　　　　　　　　　　　　　　　　　　Lowell MA 01852-5909
　　　　　　　　　　　　　　　　　　Tel: 978-970-4050
　　　　　　　　　　　　　　　　　　Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on Rodney D. Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, via first-class mail, on August 21, 2006.

　　　　　　　　　　　　　　　　　　R. Eric Slagle
　　　　　　　　　　　　　　　　　　R. Eric Slagle, Assistant City Solicitor