*ATTACHMENT #1*

## Plaintiff's Proposed Trial Exhibits for Federal C.A. # 04-11932-NG

1- Deposition of David Abbott taken on or about August 29, 2001
2- Affidavit of Jose Rivera dated November 8, 2000
3- Affidavit of Maria Ayala dated November 8, 2000.
4- Affidavit of Attorney Denise McWilliams dated April 11, 2001
5- Supp. affidavit of Denise McWilliams dated December 20, 2001
6- Letter of Attorney Denise McWilliams to Chief Davis dated April 20, 2000
7- Letter of Chief Edward Davis to Christine O'Connor dated February 23, 2000
8- Letter from Kathy Tierney to Attorney Ellen Poster dated January 16, 2000
9- Letter from William Taylor to Rodney Desrosiers dated February 13, 2004
10- Letter of Attorney McMahon to Rodney Desrosiers dated April 26, 2004
11- Letter from Kathy Tierney to Rodney Desrosiers dated May 22, 2001
12- Letter of Dr. Howard Libman dated June 21, 2001
13- Letter of Dr. Howard Libman dated April 21, 2000
14- Letter from Attorney McWilliams to Judith Sweet dated May 1, 2000
15- Letter of denial of 111F benefits from Judith Sweet dated May 10, 2000
16- Letter of denial of 111F benefits from Judith Sweet dated December 7, 2000
17- Letter of Gerald Matison dated February 6, 2004
18- Letter of Gerry Matison dated June 23, 2003.
19- Letter of Howard Libman dated August 1, 2003
20- Letter from Attorney McMahon to Attorney McWilliams dated Nov. 4,2003
21- involuntary retirement application dated February 6, 2004 (with attachments)
22- Health insurance invoice dated January 20, 2005
23- BC/BS insurance notice to Rodney Desrosiers dated December 10, 2002
24- BC/BS insurance notice to Rodney Desrosiers dated February 3, 2005
25- City of Lowell insurance notice dated November 5, 2002
26- City of Lowell notice of right to continue coverage dated May 11, 2001
27- BC/BS health insurance claims summary (undated)
28- Gerald Matison billing summary dated February 6, 2004
29- Payroll stubs dated 12/6/01, 8/1/02, 7/5/01, 5/17/01,
30- City of Lowell personnel codes (section #15)
31- Copeland Companies check stub dated 5/24/00
32- City of Lowell W-2 statement for year 2000 for Rodney Desrosiers
33- Deferred compensation tax statement for year 2000 for Rodney Desrosiers
34- Listing of long term leaves as of August 8, 2001
35- Nextel cell phone invoice for account # 0010026204-5 dated March 12, 2000
36- Taped recorded message on answering machine of plaintiff on May 17, 2000
37- Alexander Hamiliton Group life Insurance certificate dated 01/01/94
38- Attorney cost (statements and payments)
39- City of Lowell check history 02/01/2000 to 05/18/2006
40- City of Lowell payroll weekly timesheets 2/17/01 to 01/29/2005
41- City of Lowell detail sheets (2000 to 2005)
42- Lowell Police Department general order #95-08
43-Commendation for Rodney Desrosiers dated November 28, 1995
44-Commendation for Rodney Desrosiers dated February 12, 1997

45-- Citation for Rodney Desrosiers dated July 19, 1996
46- Citation for Rodney Desrosiers dated January 28, 2000
47- Citation for Rodney Desrosiers dated January 28, 2000
48- Letter of praise for Rodney Desrosiers dated August 13, 1999
49- Letter of Praise for Rodney Desrosiers dated January 7, 1997
50- Letter of Praise for Rodney Desrosiers dated August 31, 1994
51- Letter of Praise for Rodney Desrosiers dated May 16, 1989
52- Letter of Praise for Rodney Desrosiers dated May 16, 1989
53- Letter of Praise for Rodney Desrosiers dated August 29, 1988
54- Letter of Praise for Rodney Desrosiers dated January 6, 1989
55- Letter of Praise for Rodney Desrosiers dated October 1, 1997
56- MCAD Complaint dated August 21, 2000 (Docket # 00132550)
57- Amended MCAD complaint dated November 27, 2000 (Docket # 00132550)
58- MCAD complaint dated March 31, 2003 (docket # 03BEM01030)
59- Respondent's (Lowell Police Department) memorandum of Fact and Law dated December 21, 2001
60- Respondent's (Lowell Police Department) position statement and answers to plaintiff's amended complaint in MCAD case # 00132550
61- Respondent's (Lowell Police Department) first amended answer to complainant's interrogatories in MCAD action # 00132550 dated June 13, 2001
62- Respondent's (Lowell Police Department) motion to dismiss MCAD complaint dated September 18, 2000
62- Complaint filed in Suffolk Superior Court civil action # 01-00843-F
63-- Decision and order of Superior Court Justice Geraldine Hines dated 11/10/04
64- Defendant, City of Lowell's Answers to Plaintiff's second set of Interrogatories in civil action # 01-0843F
65- Defendant, City of Lowell's Response to Plaintiff's Second Request for Production of Documents in civil action # 01-0843F
66- Plaintiff's motion for reconsideration and to further amend findings of fact in civil action #2001-00843-F
67- Defendant's opposition to Plaintiff's motion for reconsideration and to further amend findings in civil action #2001-00843-F
68- Memorandum of Decision and Order on Defendants Motion for Summary Judgment in civil action # 03-0794-G dated March 23, 2006
69- Defendant's answers to plaintiff's Amended Complaint in Federal civil action # 04-11932-NG dated May 17, 2005
70- Defendant's Supplemental Answers to Plaintiff's First set of Interrogatories dated February 14, 2006
71- Dr. Nabbouts report dated November 12, 2003

Submitted by;

Rodney Desrosiers