# United States District Court

## FOR THE DISTRICT OF MASSACHUSETTS

Rodney D. Desrosiers,
        Plaintiff

v.

City of Lowell, MA.
        Defendant

Civil Action

NO. <u>04-11932-NG</u>

## Motion to Set Trial Date

The Plaintiff respectfully requests that the court set a trial date for the above referenced case. The Plaintiff would request that such date be scheduled before counsel for the Defendant begins maternity leave at the beginning of 2007.

November 14, 2006

Respectfully Submitted:
Rodney D. Desrosiers (pro se)

_____
1403 Rock Wood Drive
Saugus, MA 01906
978-884-9832

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served via first class mail upon the Defendants attorney, Kimberly McMahon, City of Lowell Law Department, 375 Merrimack Street, Lowell, MA. 01852 on November 14. 2006.

_____
Rodney D. Desrosiers (Pro Se)