UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | C.A. NO. 04-11932-NG (SEALED) |
|     **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
|     **Defendant** | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION REGARDING DOCUMENT REQUEST #14 OF THE PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM THE DEFENDANT**

Now comes the Defendant, City of Lowell, MA Police Department, and respectfully moves this Court deny the Plaintiff's Motion for Reconsideration based upon the following grounds:

1. The Plaintiff failed to comply with Local Rule 7.1(2) prior to filing his motion. The Plaintiff failed to confer with counsel of record prior to filing his motion. The Plaintiff additionally failed to provide the Court the required certificate of compliance. While the Plaintiff has been acting in a pro se capacity, his November 14, 2006 communication to this Court indicates that he is now represented by counsel.

2. Based upon the information Plaintiff provides in his motion, the information he requests is protected under the attorney-client privilege. He requests an opinion that a City attorney allegedly provided to clients, specifically the members of the City Council. While the Plaintiff alleges that the City Council discussed the topics of its attorney's report, he does not show that that the attorney's report was ever published. The City has not waived its attorney-client privilege.

WHEREFORE, the Defendant, City of Lowell, MA Police Department respectfully requests that this Honorable Court deny the Plaintiff's Motion for Reconsideration.

| | |
|---|---|
| November 30, 2006 | Respectfully submitted:<br>CITY OF LOWELL, MA.<br>POLICE DEPARTMENT, DEFENDANT<br><br>/s Kimberley A. McMahon<br>Kimberley A. McMahon, 1st Assistant City Solicitor<br>BBO #641398<br>City of Lowell - Law Department<br>375 Merrimack Street, 3rd Fl.<br>Lowell MA 01852-5909<br>Tel: 978-970-4050<br>Fax: 978-453-1510 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on Rodney Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, via first-class mail, on November 30, 2006.

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor