**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| RODNEY D. DESROSIERS, | ) | C.A. NO. 04-11932-NG (SEALED) |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF LOWELL, MA. | ) | |
| POLICE DEPARTMENT | ) | |
|     Defendant | ) | |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SET TRIAL DATE

Now comes the Defendant, City of Lowell, MA Police Department, and respectfully moves this Court deny the Plaintiff's Motion to Set Trial Date based upon the following grounds:

1.      The Plaintiff failed to comply with Local Rule 7.1(2) prior to filing his motion. The Plaintiff failed to confer with counsel of record prior to filing his motion. The Plaintiff additionally failed to provide the Court the required certificate of compliance. While the Plaintiff has been acting in a pro se capacity, his November 14, 2006 communication to this Court indicates that he is now represented by counsel.[1]

2.      Many overlapping legal and factual issues in the Plaintiff's complaint are pending in other matters. For example, the issues regarding whether the Plaintiff is entitled to benefits under M.G.L. c.41, §111F, and the dates of the Plaintiff's incapacity are pending appeal in the Commonwealth of Massachusetts Appeals Court, in the matter of Doe v. City of Lowell, Docket Number 06-P-0881.[2] Further, overlapping factual and legal issues surrounding the Plaintiff's allegations of invasion of privacy are pending in the Suffolk Superior Court, in the case of Desrosiers v. Davis, et al, SUCV2003-00794-G.[3] Some of the legal and factual findings in both cases may be relevant and in part possibly preclusive for the Plaintiff's similar factual, legal and

---

[1] The Plaintiff has not yet identified his counsel to the Defendant.

[2] The parties have submitted briefs to the Appeals Court, however the Court has not yet scheduled the oral argument.

[3] Suffolk Superior Court has scheduled the trial for Desrosiers v. Davis in June, 2007.

damages claims in the instant matter. The City respectfully requests that this Court not conduct the trial while potentially binding factual and legal issues remain pending in the state court. The Plaintiff in fact recently requested that the state court continue the trial of <u>Desrosiers v. Davis</u>, pending the Appeals' Court's resolution of <u>Doe v. City of Lowell</u>, due to the potentially binding affect the Appeals Court's decision may have upon the Plaintiff's trial, particularly for the purpose of damages. The Superior Court agreed with the Plaintiff and continued the trial. If the Court schedules a trial before the aforementioned cases are resolved, conflicting judgments may result, which will not further the interest of judicial economy.

3.      The Plaintiff recently filed a motion for reconsideration regarding the Court's rulings on discovery. Since discovery issues remain outstanding, this matter is not ready for trial.

4.      The Court has already marked this matter for a status conference on January 23, 2007.

WHEREFORE, the Defendant, City of Lowell, respectfully requests that this Honorable Court deny the Plaintiff's Motion to Set a Trial Date.

December 1, 2006                              Respectfully submitted:
                                             CITY OF LOWELL, MA.
                                             POLICE DEPARTMENT, DEFENDANT


                                             /s Kimberley A. McMahon
                                             Kimberley A. McMahon, Assistant City Solicitor
                                             BBO #641398
                                             City of Lowell Law Department
                                             375 Merrimack Street, 3rd Fl.
                                             Lowell MA 01852-5909
                                             (978) 970-4050
                                             FAX (978) 453-1510

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on Rodney Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, via first-class mail, on  December 1, 2006.

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor