UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | **C.A. NO. 04-11932-NG (SEALED)** |
|    Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
|    Defendant | ) | |

## AFFIDAVIT OF CHRISTINE P. O'CONNOR

I, Christine P. O'Connor, with personal knowledge of all of the facts contained herein, do hereby depose and state:

1. I am the City Solicitor for the City of Lowell. I have held such position since October 8, 2003. As Solicitor, I represent the City of Lowell in my capacity as an attorney, supervise the Law Department staff, and advise the City Manager, Department Heads and City Councilors on various legal issues. The Law Department employs the Workers Compensation/Claims Agent, who investigates and process all claims for workers compensation and injuries on-duty pursuant to M.G.L. c. 41, §111F.

2. Reports have been generated in the Law Department and provided to the City Manager, the Chiefs of the Police and Fire Departments and the Human Relations Manager, and/or the City Council making recommendations concerning §111F benefits in 2003, 2005, and 2006.

3. On this date, the City of Lowell has voluntarily provided Plaintiff Rodney Desrosiers copies of reports dated March 22, 2005; June 10, 2005; October 11, 2005; October 25, 2005; February 10, 2006; March 24, 2006; June 9, 2006; and October 26, 2006.

4. Another report dated October 26, 2006 is attorney-client privileged material. I prepared the 2006 report with the assistance of other Law Department staff. Said report is still in draft form, and has only been provided to the City Manager, Human Relations and the Chiefs of Police and Fire. The report delineates which recommendations may be subject to collective bargaining, and which recommendations the City may implement without bargaining.

5. The Law Department generated a report from Assistant City Solicitor David J. Fenton to the City Manager and the Chief of Police on November 13, 2003. I have no information or reason to believe that said report was distributed to any other person. Said report is therefore attorney-client privileged material.

6. On July 21, 2006, I provided the Chief of Police a memorandum regarding officers currently out of work and receiving benefits under M.G.L. c.41, §111F. The memorandum was addressed to the City's Chief of Police, sent by me in my capacity as City Solicitor, and was copied only to the City Manager and the Workers' Compensation Agent, and is therefore an attorney-client privileged communication. Signed under the pains and penalties of perjury January 10, 2007.

/s Christine P. O'Connor
Christine P. O'Connor, City Solicitor
BBO # 567645
City of Lowell – Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service and via first-class mail on Rodney Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906 on January 10, 2007.

/s Kimberley A. McMahon
Kimberley A. McMahon
1st Assistant City Solicitor