# GERALD A. MCDONOUGH
## ATTORNEY AT LAW

One Bowdoin Square, 9th Floor
Boston, MA 02114
(617) 720-2008
germcd@aol.com

March 24, 2007

Hon. Nancy Gertner
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Rodney Desrosiers v. City of Lowell
     U.S. District Court C.A. No. 04-11932-NG

Dear Judge Gertner:

After the pre-trial conference regarding the above-referenced matter, on January 23, 2007, at which I appeared on behalf of Rodney Desrosiers, and indicated my intention to file an appearance on his behalf, I was offered and accepted the position as General Counsel for the Massachusetts Executive Office of Labor and Workforce Development, which will prevent me from representing Mr. Desrosiers at the trial presently scheduled for May 2007.  I had delayed contacting you in order to attempt to find an attorney to represent Mr. Desrosiers in the trial, but my efforts, thus far, have been unsuccessful.  I apologize to you and to defendant's counsel for any inconvenience created by this appointment.

Very truly yours,

Gerald A. McDonough

cc:  Rodney Desrosiers
     Kimberley McMahon, Esq.