UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** )  | | **C.A. NO. 04-11932-NG (SEALED)** |
| Plaintiff ) | | |
| ) | | |
| **V.** ) | | |
| ) | | |
| **CITY OF LOWELL, MA.** ) | | |
| **POLICE DEPARTMENT** ) | | |
| Defendant ) | | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as attorney for Defendant, City of Lowell, in the above-captioned case.

April 13, 2007                                         **CITY OF LOWELL, DEFENDANT**

/s Maria Sheehy
Kimberley A. McMahon, 1st Assistant City Solicitor
BBO #641398
R. Eric Slagle, Assistant City Solicitor
BBO #658813
Maria Sheehy, Assistant City Solicitor
BBO #560102
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served on Rodney D. Desrosiers, 1403 Rock Wood Drive, Saugus MA 01906, via first-class mail, on April 13, 2007.

/s/ Maria Sheehy
Maria Sheehy, Assistant City Solicitor