IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY D. DESROSIERS,<br>                Plaintiff<br>v.<br>CITY OF LOWELL,<br>                Defendant | C. A. # 04-11932-NG (SEALED)<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

    Notice is hereby given of the entry of the undersigned as counsel for the Plaintiff **Rodney D. Desrosiers** in the above-entitled action. Pursuant to Fed. R. Civ. P., Rule 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        Steven Mourginis, Esq.
        Law Office of Steven Mourginis
        8 Old Coach Road
        Weston, MA 02493

DATED: 4-26-07

                                              Steven Mourginis

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of this document upon Counsel for the Defendant City of Lowell, Assistant City Solicitor Kimberly A. McMahon, by 1st Class Mail, at her address at the City of Lowell Law Department, 375 Merrimac St., Lowell, MA 01852.

                                              Steven Mourginis