CHRISTINE P. O'CONNOR
City Solicitor

Of Counsel
DAVID J. FENTON
THOMAS E. SWEENEY
Assistant City Solicitors

TAX TITLE
JOHN J. McKENNA
Assistant City Solicitor



CITY OF LOWELL – LAW DEPARTMENT
375 MERRIMACK STREET – 3RD FL
LOWELL, MASSACHUSETTS 01852-5909
Tel 978-970-4050
Fax 978-453-1510

KIMBERLEY A. McMAHON
1ST Assistant City Solicitor

BRIAN W. LEAHEY
MARIA SHEEHY
R. ERIC SLAGLE
Assistant City Solicitors

May 14, 2007

Honorable Nancy Gertner
United States District Court
One Courthouse Way
Boston MA 02210

Re:   Rodney D. Desrosiers
Vs:   City of Lowell Police Dept.
No:   04-11932-NG (Sealed)

Dear Judge Gertner:

Pursuant to your inquiry during the May 10, 2007 telephone status conference, please be advised that Defendant, City of Lowell will agree to try the above-referenced matter before a magistrate.

Please also be advised that the Court's docket entry regarding the May 10, 2007 telephone conference erroneously states that I participated in the conference. I did not participate in the conference; rather, Attorney Maria Sheehy participated in the conference on behalf of the Defendant, City of Lowell.

Thank you for your attention to this matter.

Very truly yours,

*Kimberley A. McMahon*

Kimberley A. McMahon
Assistant City Solicitor

KAM:mfa

cc:   Steven Mourginis, Esq.
      Law Office Steven Mourginis
      8 Old Coach Road
      Weston MA 02493