CHRISTINE P. O'CONNOR
City Solicitor

Of Counsel
DAVID J. FENTON
THOMAS E. SWEENEY
Assistant City Solicitors

TAX TITLE
JOHN J. McKENNA
Assistant City Solicitor



KIMBERLEY A. McMAHON
1ST Assistant City Solicitor

BRIAN W. LEAHEY
MARIA SHEEHY
R. ERIC SLAGLE
Assistant City Solicitors

CITY OF LOWELL – LAW DEPARTMENT
375 MERRIMACK STREET – 3RD FL
LOWELL, MASSACHUSETTS 01852-5909
Tel 978-970-4050
Fax 978-453-1510

May 14, 2007

Hon. Nancy Gertner
United States District Court
District of Massachusetts
1 Courthouse Way
Boston MA 02210-3002

Hon. Dennis J. Curran
Lowell Superior Court
360 Gorham Street
Lowell MA 01852-3391

Re:   Frank's Towing, Inc., et al.
Vs:   Zoning Board of Appeals of the City of Lowell, et al.
      MICV2003-00500L

and

Re:   Rodney D. Desrosiers
Vs:   City of Lowell Police Dept.
      C.A. No: 04-11932-NG

Dear Judge Gertner and Judge Curran:

Pursuant to Local Rule 40.2(D), please accept this notification of a scheduling conflict with the two above-referenced cases. I represent the Defendants in both cases.

The trial in the Desrosiers case, in the Federal Court, is scheduled to commence on May 29, 2007, and is anticipated to last for at least one week. The Federal Court scheduled this trial date on January 23, 2007.

Hon. Nancy Gertner
United States District Court
Hon. Dennis J. Curran
Lowell Superior Court
May 14, 2007
Page 2

The trial in the Frank's Towing case, in the State Court, is scheduled for May 31, 2007. The Superior Court sent notice of the Frank's Towing trial on April 27, 2007, while I was out of work on maternity leave.

As the Desrosiers trial is a jury trial, I believe the trial in the Federal Court has precedence under the policy articulated in Rule 40.2.

Thank you for your attention to this matter.

Sincerely,

Kimberley A. McMahon
1st Assistant City Solicitor

KAM:mfa

cc:   Steven Mourginis, Esq. (e-filing only)
      George C. Eliades, Esq. (Fax only: 978-458-8034)
      Michael J. O'Reilly, Esq. (Fax only: 617-523-2183)
      Brian Callahan, Esq. (Fax only: 617-242-2121)