# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY D. DESROSIERS,**  )<br>     **Plaintiff**     )<br>                           )<br>**V.**                    )<br>                           )<br>**CITY OF LOWELL, MA.**    )<br>**POLICE DEPARTMENT**      )<br>     **Defendant**     ) | **C.A. NO. 04-11932-NG (SEALED)** |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I have conferred with all counsel of record prior to filing Defendant's Motion in Limine to Exclude All Evidence Regarding Negligence.

May 18, 2007                                   **CITY OF LOWELL, DEFENDANT**


                                               /s Kimberley A. McMahon
                                               Kimberley A. McMahon, 1st Assistant City Solicitor
                                               BBO #641398
                                               City of Lowell Law Department
                                               375 Merrimack Street, 3rd Fl.
                                               Lowell MA 01852-5909
                                               Tel: 978-970-4050
                                               Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on May 18, 2007

                                               /s Kimberley A. McMahon
                                               Kimberley A. McMahon, 1st Assistant City Solicitor