UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | **C.A. NO. 04-11932-NG (SEALED)** |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
|     Defendant | ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that, prior to filing Defendant's Motion in Limine to Preclude the Plaintiff From Testifying Regarding an Alleged Emotional Disability and Emotional Distress, I attempted to confer with counsel for the plaintiff via telephone on May 18, 2007. I was unable to reach counsel and left a voice message regarding this filing.

May 18, 2007                                                                       **CITY OF LOWELL, DEFENDANT**


/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on May 18, 2007

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor