UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,**     Plaintiff | ) ) ) | **C.A. NO. 04-11932-NG (SEALED)** |
| **V.** | ) ) | |
| **CITY OF LOWELL, MA.** **POLICE DEPARTMENT**     Defendant | ) ) ) | |

## DEFENDANT'S MOTION IN LIMINE REGARDING MEDICAL OPINIONS

Now comes the Defendant in the above-entitled action, and requests that the Court prohibit the Plaintiff from introducing any medical opinion evidence as to causation of any alleged injury or incapacity of the Plaintiff. As a lay witness, the Plaintiff's opinion testimony is limited to those opinions or inferences which are (a) rationally based on his perception; (b) helpful to a clear understanding of his testimony or the determination of a fact in issue, and (c) not based on scientific, technical or other specialized knowledge. See Fed. R. Evid. 701.

May 8, 2007                                                  Respectfully submitted,

                                                             **CITY OF LOWELL, DEFENDANT**


                                                             /s Kimberley A. McMahon
                                                             Kimberley A. McMahon, 1st Assistant City Solicitor
                                                             BBO #641398
                                                             City of Lowell Law Department
                                                             375 Merrimack Street, 3rd Fl.
                                                             Lowell MA 01852-5909
                                                             Tel: 978-970-4050
                                                             Fax: 978-453-1510

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on May 18, 2007.

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor