UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY DESROSIERS, )<br>)<br>Plaintiff, )<br>) CIVIL ACTION<br>v. ) NO. 1:04-CV-11932<br>)<br>CITY OF LOWELL, )<br>)<br>Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

As the Court previously deferred action on Gerald A. McDonough's request to withdraw as counsel for plaintiff Rodney Desrosiers until plaintiff found a substitute counsel, and as substitute counsel for plaintiff has entered an appearance on plaintiff's behalf, Gerald A. McDonough respectfully requests the Court's permission to withdraw as counsel for plaintiff Rodney Desrosiers.

Respectfully submitted,

/s/ Gerald A. McDonough
Gerald A. McDonough
BBO #559802
One Bowdoin Square, 9th Floor
Boston, MA 02114
(617) 720-2008 (telephone no.)
(617) 720-2009 (facsimile no.)

Dated: May 19, 2007