UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY D. DESROSIERS,<br>                Plaintiff | Civil Action #04-11932NG<br>(SEALED) |
| v. | |
| CITY OF LOWELL,<br>                Defendant | |

**PLAINTIFF'S MOTION TO SEAL ATTACHED MOTION IN LIMINE**

NOW COMES the Plaintiff Rodney D. Desrosiers in the above-referenced case and requests that this Honorable Court seal the Plaintiff's attached Motion in Limine.

As grounds for this Motion, the Plaintiff cites an order of the Court, dated September 16, 2004, sealing the file in this case. As counsel, I have been informed that the file in this case was unsealed at some point. In order to insure that the attached Motion with its attached medical records remain in a sealed file, Counsel hereby makes this Motion to Seal.

Date: 5-18-07

RODNEY D. DESROSIERS,
By his Counsel:

Steven Mourginis, Esq.
8 Old Coach Road
Weston, MA 02493
Tel: (781) 899-0749

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached Motion was served via first class mail upon the Defendant's Attorney, Kimberly McMahon, City of Lowell Law Department, 375 Merrimack St., Lowell, MA 01852, on May 17, 2007.

Signed,

_____
Steven Mourginis, Esq.