UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2007 MAY 21  P 2: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

**RODNEY D. DESROSIERS,**
          Plaintiff

C.A. NO. 04-11932NG (SEALED)

v.

**CITY OF LOWELL,**
          Defendant

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I have conferred with Counsel for the Defendant prior to filing the Plaintiff's Motion in Limine to preclude the Defendant from proffering certain inconsistent and/or unscientific evidence at trial.

Dated: 5-21-07

RODNEY D. DESROSIERS
By his Counsel:

*/s/ Steven Mourginis/*
Steven Mourginis, Esq.
8 Old Coach Road
Weston, MA 02493
Tel: (781) 899-0749

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was sent by first class mail to Counsel for the Defendant, Kimberly McMahon, City of Lowell Law Department, 375 Merrimac St., Lowell, MA 01852, on May 21, 2007.

*/s/ Steven Mourginis/*
Steven Mourginis, Esquire