UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RODNEY DESROSIERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11932-MBB |
| | ) | |
| CITY OF LOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AND ORDER REGARDING MEDIATION

In accordance with the Order of Reference for Alternative Dispute Resolution dated June 12, 2007, the parties are hereby notified that the court has scheduled a mediation conference for **Monday, June 18, 2007, at 12:00 noon** in Courtroom #15 on the 5th Floor. Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

In addition, each party may submit to Magistrate Judge Dein **no later than Friday, June 8, 2007,** a brief memorandum addressing the party's position on the merits of the case and on settlement. The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

IT IS SO ORDERED

                                                    / s / Judith Gail Dein
                                                    Judith Gail Dein
DATED: June 12, 2007                        United States Magistrate Judge