RECEIVED
LAW DEPT.
CITY OF LOWELL
00 SEP -5 AM 11:47

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617)727-3990          Fax: (617)720-6053

08-23-2000

Attn: Attn:CHIEF EXECUTIVE OFFICER
C - Lowell Police Department
50 Arcand Drive
Lowell, MA 01852

RE: Rodney Desrosiers VS. C - Lowell Police Department
MCAD Docket No.: 00132550

Dear Sir/Madam:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the above referenced complaint, which alleges that you have committed an act or acts of discrimination. A copy of that complaint is enclosed. State law requires the Commission to conduct an impartial review of these allegations.

State law requires that you submit a formal written answer to the complaint in the form of a Position Statement, attested to under oath by a principal of the Respondent other than representing counsel. This Position Statement should be submitted to your attorney investigator within twenty-one (21) days of receipt of this notification. At the same time a copy must also be served on the Complainant's attorney by mail to the address listed below.

The Commission encourages parties to consider rapid, informal, and voluntary resolution of disputes as an alternative to the often lengthy and expensive litigation process. To discuss the possibility of settlement, please contact the opposing counsel. If both parties express interest in mediation, then contact the undersigned for further information.

Enclosed please find a brief fact sheet designed to address the most frequently asked questions about the Attorney Assisted Unit. If you have any further questions pertaining to this investigation, please contact the undersigned at (617) 727-3990 extension 26041.

Sincerely,


Marzella Hightower
Adminstrative Assistant
Attorney Assisted Unit (AAU)

cc:


FORM: aau.ltr.resp

00 SEP -5 AM 11:47
CITY OF LOWELL
LAW DEPT.
RECEIVED

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PERSON FILING CHARGE:
   Rodney Desrosier
THIS PERSON (Check One):
   ( ) Claims to be aggrieved
   ( ) Is filing on behalf of
DATE OF ALLEGED VIOLATION:
   02/22/00

C - Lowell Police Department
Attn:CHIEF EXECUTIVE OFFICER
50 Arcand Drive
Lowell, MA 01852

PLACE OF ALLEGED VIOLATION:
   essex
EEOC CHARGE NUMBER:

FEPA CHARGE NUMBER:
   00BEM2550

---

NOTICE OF CHARGE OF DISCRIMINATION WHERE AN FEP AGENCY WILL INITIALLY PROCESS
(See Attached Information Sheet For Additional Information)

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

    Title VII of the Civil Rights Act of 1964
    The Age Discrimination in Employment Act of 1967 (ADEA)
    The Americans Disabilities Act (ADA)

HAS BEEN RECEIVED BY
   [ ] The EEOC and sent for initial processing to  MCAD
                                             (FEP Agency)
   [X] The  Mass. Commission Against Discrimination
      (FEP Agency) and sent to the EEOC for dual filing purposes

While the EEOC has jurisdiction (upon the expiration of any deferral requirements if this is a Title VII or ADA Charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

[X]   As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's issuing a final finding and order. If the agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained on the second page of this form apply.

For further correspondence on this matter, please use the charge number(s) shown.
[ ]  An Equal Pay Act Investigation (29 U.S.C 206(d) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
[X]  Enclosure: Copy of the Charge

Basis of Discrimination:
( )Race    ( )Color    ( )Sex    ( )Religion    ( )National Origin
( )Age     ( )Disability ( )Retaliation ( )Other

Circumstances of alleged violation:
 SEE ENCLOSED COPY OF THE CHARGE OF DISCRIMINATION (or EEOC FORM 5)

| Date | Type Name/Title of Authorized EEOC Official | Signature |
|---|---|---|
| 08/23/00 | Robert L. Sanders, Director | |

Form:131

The Commonwealth of Massachusetts
Commission Against Discrimination

16CA02593

DOCKET NUMBER: 00132550
FILING DATE: 08-21-2000

EEOC/HUD NUMBER:
VIOLATION DATE: 02/22/00

---

Name of Aggrieved Person or Organization:
Rodney Desrosiers
C/O Ellen Poster, Esq.
68 Commerciall Wharf
Boston, MA 02110
Telephone Number: (617) 742-6767

---

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
C - Lowell Police Department
Attn: CHIEF EXECUTIVE OFFICER
50 Arcand Drive
Lowell, MA 01852
Telephone Number: (978) 937-3200    No. of Employees: 20 +

Work Location: Lowell, MA

---

Cause of Discrimination based on:
Disability.
(Disability, unspecified or general).

---

The particulars are:
I, Rodney Desrosiers, the Complainant believe that I was discriminated against by C - Lowell Police Department, on the basis of Disability. This is in violation of M. G. L. Chapter 151B S4 P 16.

SEE ATTACHED.

---

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

_____
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 23rd Day of August, 2000

NOTARY PUBLIC: _____

SIGNATURE NOTARY PUBLIC:_____     MY COMMISSION EXPIRES:_____



00132550

I believe I am being discriminated against by the C – Lowell Police Department on the basis of my handicap (Hiv Positive) In violation of Massachusetts General Laws Chapter 151B Section 16, and the Americans With Disabilities Act.

On or about 11/4/89, I was stuck with a needle in the line of duty.
In or around 8/91, I became informed that I was HIV positive.
After testing positive, I followed up with Beth Isreal Hospital, whom I now receive treatment from at the present time.
On or about 2/21/00, through my then attorney at the time Denise McWilliams, the department was informed of my medical condition per discussion with Chief Davis, with whom she requested that my condition be kept confidential. Chief Davis promised atty McWilliams confidentiality in the matter. In about a week, during a meeting with co – workers, I then became aware, that the reasons for my absence from work were known. Since early 2/00, I have been out of work due to physical complications caused by the HIV virus.
I feel that even if I were physically able to return to work, I could not, due to the hostile work environment I would endure due to my co - workers perception of people with HIV.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 21ST DAY
OF AUGUST, 2000.
Jerome E. Mach
My Commission Expires
7/14/06

[signature] 8/21/00

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

RODNEY DESROSIERS,           )        DOCKET NO. 00132550
    Complainant              )
                             )
v.                           )
                             )
LOWELL POLICE DEPARTMENT,    )
    Respondent               )

## COMPLAINANT'S MOTION TO AMEND COMPLAINT

Now comes the Complainant, Rodney Desrosiers ("the Complainant") in the above-captioned matter and moves that the Massachusetts Commission Against Discrimination allow him to amend his Complaint pursuant to 804 CMR 1.05(3) and 1.10(6), as follows:

1. To delete the first sentence of the Complaint and to substitute the following sentence to cure a technical defect, i.e. the incorrect citation of the relevant section of Massachusetts General Laws:

"I believe I am being discriminated against by the City of Lowell Police Department (hereinafter "the Department") on the basis of my handicap (HIV Positive) in violation of Massachusetts General Laws Chapter 151B Section 4(16) and the Americans with Disabilities Act."

2. To clarify and amplify the allegations made therein, by adding the following statements to the Complaint:

"I am a qualified handicapped person capable of performing the essential function of my position as a police officer with reasonable accommodation. I am presently on sick leave from the Department. Other police officers have taken extended sick leave from the Department due to their medical conditions, and their medical conditions have been kept confidential by the Department (except with regard to medical conditions caused by injuries otherwise known to the public, such as automobile accidents involving police officers reported in the local press) whereas my medical condition

was not kept confidential, even after my express request that it be kept confidential. By failing to keep my medical condition confidential, the Department did "otherwise discriminate against" me because of my handicap. The release of my confidential medical information by the Department to a co-workers violation of my privacy. Co-workers at the Department have a negative perception of people who are HIV positive and express their views in the workplace, so that their knowledge of my condition has caused me great emotional distress."

The Complainant submits as the reason why the Commission should grant his Motion to Amend that he has a right to amend his Complaint to cure technical defects or omissions and to clarify and amplify allegations made therein pursuant to 84 CMR 1.10(6) and that the amendments hereinabove set forth are for those purposes.

The foregoing amendments to this Complaint are made under the pains and penalties of perjury.

Rodney Desrosiers

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss                                        October 3, 2000

Then personally appeared the Complainant above-named Rodney Desrosiers and acknowledged that the foregoing statements are true to the best of his knowledge and belief, before me,

Notary Public
My commission expires:

Respectfully submitted,
Rodney Desrosiers, Complainant
By his attorney,

Ellen L. Poster, Esq.
68 Commercial Wharf
Boston, MA 02110
(617)742-6767
BBO No. 404080