# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** | ) | C.A. NO. 04-11932-MBB |
| **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CITY OF LOWELL, MA.** | ) | |
| **POLICE DEPARTMENT** | ) | |
| **Defendant** | ) | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I have conferred with all counsel of record prior to filing Defendant's Amended Motion in Limine to Preclude Evidence Regarding Claims For Which the Plaintiff Failed to Exhaust His Administrative Remedies.

June 21, 2007                    **CITY OF LOWELL POLICE DEPARTMENT, DEFENDANT**

/s Kimberley A. McMahon
Kimberley A. McMahon, 1st Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on June 21, 2007.

/s Kimberley A. McMahon
First Assistant City Solicitor