UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY D. DESROSIERS,**  )  | C.A. NO. 04-11932-MBB (SEALED) |
|     **Plaintiff** ) | |
| ) | |
| **V.** ) | |
| ) | |
| **CITY OF LOWELL, MA.** ) | |
| **POLICE DEPARTMENT** ) | |
|     **Defendant** ) | |

**DEFENDANT'S MOTION IN LIMINE TO**
**PRECLUDE EVIDENCE REGARDING FUTURE LOST WAGES**

Now comes the Defendant and respectfully requests that the Court preclude the Plaintiff from presenting evidence at trial regarding future lost wages. As grounds therefor, the Defendant states that the Plaintiff has not retained an expert to calculate such damages. The Plaintiff does not possess the requisite specialized knowledge to calculate future lost earnings. See Fed.R.Evid. 701-702.

In addition, the undisputed evidence shows that the Plaintiff was physically incapacitated for duty as a police officer in November of 2003. Hence, he cannot earn wages as a police officer in the future.

For the foregoing reasons, the Defendant respectfully requests that this Honorable Court preclude the Plaintiff from presenting evidence and arguments regarding future lost wages.

January 22, 2007                           CITY OF LOWELL POLICE
                                           DEPARTMENT, DEFENDANT


                                           /s Kimberley A. McMahon
                                           Kimberley A. McMahon, 1st Assistant City Solicitor
                                           BBO #641398
                                           City of Lowell Law Department
                                           375 Merrimack Street, 3rd Fl.
                                           Lowell MA 01852-5909
                                           Tel: 978-970-4050
                                           Fax: 978-453-1510


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on June 22, 2007.

                                           /s Kimberley A. McMahon
                                           Kimberley A. McMahon, 1st Assistant City Solicitor