UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **RODNEY D. DESROSIERS,** ) | | **C.A. NO. 04-11932-MBB** |
| Plaintiff ) | | |
| ) | | |
| **V.** ) | | |
| ) | | |
| **CITY OF LOWELL, MA.** ) | | |
| **POLICE DEPARTMENT** ) | | |
| Defendant ) | | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that I have conferred with all counsel of record prior to filing Defendant's Motion in Limine to Preclude Evidence Regarding Future Lost Wages.

June 22, 2007                                   **CITY OF LOWELL POLICE
                                                DEPARTMENT, DEFENDANT**


                                                /s Kimberley A. McMahon
                                                Kimberley A. McMahon, 1st Assistant City Solicitor
                                                BBO #641398
                                                City of Lowell Law Department
                                                375 Merrimack Street, 3rd Fl.
                                                Lowell MA 01852-5909
                                                Tel: 978-970-4050
                                                Fax: 978-453-1510

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on June 22, 2007.

                                                /s Kimberley A. McMahon
                                                First Assistant City Solicitor