UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY DESROSIERS,           )
                             )
          Plaintiff,         )     CIVIL ACTION
     v.                      )     NO. 04-11932-MBB
                             )
CITY OF LOWELL,              )
                             )
          Defendant.         )

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE BOWLER

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On ___June 18, 2007 (and thereafter by telephone)___, I held the following ADR proceeding:

| | | |
|---|---|---|
| _____ SCREENING CONFERENCE | | _____ EARLY NEUTRAL EVALUATION |
| __X__ MEDIATION | | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | | _____ SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[X]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                              ___/ s / Judith Gail Dein___
                              Judith Gail Dein, U.S. Magistrate Judge
DATED: June 29, 2007          ADR Provider