UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY DESROSIERS,
                    Plaintiff,

v.                                          CIVIL ACTION
                                            NO.  04-11932-MBB

CITY OF LOWELL,
                    Defendant.

### ORDER OF DISMISSAL

July 3, 2007

**BOWLER, U.S.M.J.**

This court having been advised that the above-entitled action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within SIXTY(60) days if the

settlement is not consummated.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge