UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY D. DESROSIERS,<br>    Plaintiff<br><br>V.<br><br>CITY OF LOWELL, MA.<br>POLICE DEPARTMENT<br>    Defendant | C.A. NO. 04-11932-MBB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

All Parties to the above-captioned matter, by and through their attorneys, hereby agree and stipulate that all claims in this action that were brought or that could have been brought against the Defendant, City of Lowell by the Plaintiff, Rodney D. Desrosiers, are hereby dismissed with prejudice, and without costs or attorneys fees. The Plaintiff hereby waives all rights of appeal relative to the above-captioned matter.

July 10, 2007

                                          RODNEY D. DESROSIERS, PLAINTIFF

                                          _/s/ Steven Mourginis_    7-10-07
                                          Steven Mourginis, Esq.
                                          The Law Office of Steven Mourginis
                                          BBO # _____
                                          8 Old Coach Road
                                          Weston, MA 02493
                                          Tel: 781-899-0749
                                          Fax: 781-788-4915

CITY OF LOWELL POLICE
DEPARTMENT, DEFENDANT

*signature*

Kimberley A. McMahon, 1st Assistant City Solicitor
BBO #641398
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on ~~July 10, 2007~~ August 3, 2007.

*signature: Kimberley A. McMahon*