UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 10  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

**RODNEY D. DESROSIERS,**
         **Plaintiff**

v.

**CITY OF LOWELL,**
         **Defendant**

---

C.A. NO. 04-11932-MBB

## MOTION TO IMPOUND FILE

NOW COMES the Plaintiff in the above-captioned case, which was subject of a **Stipulation of Dismissal With Prejudice**, dated July 10, 2007, who moves this Honorable Court to impound the file in this case, given the private and sensitive nature of the information contained in it. During the course of proceedings in this case, the file was subject to a **Motion to Seal** issued by Judge Nancy Gertner. Accordingly, the Plaintiff now moves that, in order to keep this matter sealed for all time, this Court impound the file.

RODNEY D. DESROSIERS
By his Counsel:

Dated: 8-7-07

Steven Mourginis, Esq.
8 Old Coach Road
Weston, MA 02493
Tel: (781) 899-0749

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the attached Motion to Impound with Counsel for the Defendant City of Lowell by sending it by first class mail to its Counsel, Assistant City Solicitor Kimberly McMahon, City Hall, 375 Merrimac St., Lowell, MA 01852.

Signed,

_____
Steven Mourginis

8-7-07